UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-9042-CIV-MARRA

DIANE FREEMAN, CONSTANCE LINDSEY,
ROSE POWELL, ALEXANDER PRICE,
SHIRLEY WILLIAMS, and LINDA AUSTIN,

Magistrate Judge Seltzer

Plaintiffs,

vs.

AMERICAN HOME PRODUCTS CORP.,
KENDALL CO., SHERWOOD MEDICAL CO.,
d/b/a SHERWOOD, DAVIS & GECK, TYCO
INTERNATIONAL (U.S.) INC., TYCO
INTERNATIONAL, LTD., SHERWOOD
MEDICAL INDUSTRIES, TYCO, INC., and
TYCO HEALTHCARE,

FILED by ____ D.C.

OCT - 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Defendants.
_____/

## FINAL JUDGMENT TAXING COSTS UPON FIVE PLAINTIFFS

THIS CAUSE came on before the Court upon Defendants' Bill of Costs and Supporting Memorandum [DE 100]. For the reasons expressed in this Court's Order granting the motion, separately entered today, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment for fees and costs is hereby entered in favor of the Defendants, and against Plaintiffs Rose Powell, Diane Freeman, Constance Lindsey, Shirley Williams and Linda Austin, joint and several liability, and the Defendants shall recover $11,671.75 plus interest thereon at the rate of 2.14% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of October, 2004.

KENNETH A. MARRA
United States District Judge

Copies furnished to:
Maurice Graham, Esq.
Christine Wilson, Esq.
Owen Hill, Esq.
Jonathan Harmon, Esq.
William E. Lawton, Esq.

